UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIK GAEK, INC.,<br><br>                Plaintiff,<br><br>      — against —<br><br>YOGI's TWO, INC. and STEVE RYU,<br><br>                Defendants. | 14-cv-6053 (ARR)<br><br>**Opinion & Order**<br><br>**Not for electronic or print publication** |

ROSS, United States District Judge:

       This Court has received the Report and Recommendation on the instant case dated September 7, 2018, from the Honorable Peggy Kuo, United States Magistrate Judge. No objections have been filed. The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874 (CBA)(LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH)(LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

       Accordingly, plaintiff's motion is denied as to its claims under 15 U.S.C. § 1119 and § 1125(a), and granted as to its breach of contract claim. Judgment is directed to be entered against defendants jointly and severally for $2,000,000.

SO ORDERED.

_____/s/_____
Allyne R. Ross
United States District Judge

Dated:	October 4, 2018
	Brooklyn, New York